Argued and submitted July 20, fine vacated; otherwise affirmed August 17, 1988

## ROBERT NEIL,
*Petitioner,*

*v.*

## OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-387; CA A46012)

758 P2d 893

■■■■■■■■■■■■■■■■■■■■■

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, Deits, Judge, and Riggs, Judge Pro Tempore.

PER CURIAM

■■■■■■■■■■■■■■

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary which found him guilty of violating an institution disciplinary rule and required him to serve three months in segregation and pay a $100 fine. He first contends that there was not substantial evidence to sustain the finding of guilty. There was. He also argues that imposition of the fine is not authorized. He is correct. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; otherwise affirmed.